UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

*ELECTRONICALLY FILED*

| | |
|---|---|
| **BARBARA WILSON** ) <br> ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> ) <br> **PINNACLE FOODS INC., et al.** ) <br> ) <br> ) <br> **Defendants.** ) <br> ) <br> ) <br> ) | Case No. 3:19-CV-229-DJH _____ |

## NOTICE OF REMOVAL

Defendants Pinnacle Foods, Inc., Peak Finance Holdings, LLC, Pinnacle Foods Group, LLC, Pinnacle Foods Finance, LLC (collectively the "Pinnacle Defendants"), and The Kroger Co. (collectively "Defendants"), by counsel and in accordance with the provisions of 28 U.S.C. § 1332, 1441(b) and 1446, jointly file and provide notice of removal on the grounds set forth below:

1.  On March 30, 2018, Plaintiff Barbara Wilson ("Plaintiff") commenced a civil action in the Circuit Court of Jefferson County, Kentucky, where it is presently pending (Case No. 18-CI-001881) ("State Court Lawsuit").

2.  Defendants hereby remove this State Court Lawsuit from the Circuit Court of Jefferson County, Kentucky to the United States District Court for the Western District of Kentucky, Louisville Division. True copies of the pleadings from the State Court Lawsuit are attached as follows:

| Exhibit | Date | Description |
|---|---|---|
| A | 3/30/2018 | Summons & Complaint |
| B | 4/24/2018 | Kroger's Answer |
| C | 5/7/2018 | Pinnacle's Answer |
| D | 5/7/2018 | Pinnacle's Discovery Requests |
| E | 5/7/2018 | Plaintiff's Discovery Responses |
| F | 8/31/2018 | Notice of Substitution of Counsel |
| G | 10/26/2018 | Notice of Substitution of Counsel |
| H | 11/19/2018 | Notice of Deposition of Plaintiff |
| I | 11/21/2018 | Re-Notice of Deposition of Plaintiff |
| J | 11/26/2018 | Second Re-Notice of Deposition of Plaintiff |
| K | 1/17/2019 | Plaintiff's Motion for Trial Date |
| L | 1/23/2019 | Civil Jury Trial Order |
| M | 1/25/2019 | Notices of Deposition of Tom Revell and Greg Novak |
| N | 3/14/2019 | Plaintiff's First Set of Interrogatories to Kroger |
| O | 3/14/2019 | Kroger's Response to Plaintiff's First Set of Admissions |
| P | 3/20/2019 | Agreed Order of Dismissal of Tom Revell and Greg Novak |

Exhibits A-P constitute all process and pleadings served upon Defendants and filed in the State Court Lawsuit to date.

3. As noted above, the State Court Lawsuit was filed on March 30, 2018. At that time, the State Court Lawsuit was not removable based on the allegations therein.

4. On May 7, 2018, Plaintiff served Defendants with Plaintiff's Responses to the Pinnacle Defendants' Requests for Admission ("Responses"). A copy of the Responses is attached hereto as Exhibit E. At that time, however, the State Court Lawsuit was not removable. Specifically, complete diversity did not exist because Plaintiff and two of the defendants, Tom Revell and Greg Novak, were citizens of Kentucky.

5. On March 20, 2019, the Jefferson Circuit Court entered an Agreed Order dismissing defendants Tom Revell and Greg Novak and all claims asserted against them with prejudice, at which time the case first became removable. Thus, the time within which Defendants are required to file a Notice of Removal to this Court has not yet expired. 28 U.S.C. § 1446(b)(3).

6. Additionally, this Notice is filed in advance of trial and within one year of commencement of the State Court Lawsuit. Consequently, removal will not result in prejudice to Plaintiff, as this matter is in the initial pleading state and discovery has only just commenced.

## BASIS FOR REMOVAL

7. This Court has original jurisdiction over this action under the provisions of 28 U.S.C. § 1332 (diversity jurisdiction). This action may be removed from the Jefferson Circuit Court pursuant to the provisions of 28 U.S.C. § 1441 because this is a civil action in which the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs, and the action is between citizens of different states.

8. According to her Responses, specifically her response to Request for Admission No. 1, Plaintiff admits that she is seeking damages in an amount in excess of $75,000 exclusive of interest and costs. This admission establishes that the amount in controversy exceeds the jurisdictional threshold of this Court.

9. This action is between citizens of different states because of the following:

A. Plaintiff was, at the time the action was commenced, and still is, a citizen of and domiciled in Kentucky, as evidenced in paragraph 1 of the Complaint. Accordingly, for purposes of removal of this action, Plaintiff is a citizen of Kentucky and no other state.

B. The citizenship of a corporation, for purposes of diversity, is the state where it is incorporated and the state where its principal place of business is located. The citizenship of a limited liability company, for purposes of diversity jurisdiction, is the citizenship of each of its members.

C. At the time this action was commenced, Pinnacle Foods Inc. was a Delaware corporation with its principal place of business located in New Jersey. Therefore, for purposes of removal of this action, Pinnacle Foods Inc. was, and still is, a citizen of Delaware and New Jersey and no other state.

D. At the time this action was commenced, the sole member of Peak Finance Holdings, LLC was Pinnacle Foods Inc. Pinnacle Foods Inc. is a Delaware corporation with its principal place of business located in New Jersey. Therefore, for purposes of removal of this action, Peak Finance Holdings, LLC was, and still is, a citizen of Delaware and New Jersey and no other state.

E. At the time this action was commenced, the sole member of Pinnacle Foods Finance, LLC was Peak Finance Holding, LLC. The sole member of Peak Finance Holdings, LLC is Pinnacle Foods Inc. Pinnacle Foods Inc. is a Delaware corporation with its principal place of business located in New Jersey. Therefore, for purposes of removal of this action, Pinnacle Foods Finance LLC was, and still is, a citizen of Delaware and New Jersey and no other state.

F. At the time this action was commenced, the sole member of Pinnacle Foods Group, LLC was Pinnacle Foods Finance, LLC. The sole member of Pinnacle Food Finance, LLC

is Peak Finance Holdings, LLC. The sole member of Peak Finance Holdings, LLC is Pinnacle Foods Inc.  Pinnacle Foods Inc. is a Delaware corporation with its principal place of business located in New Jersey. Therefore, for purposes of removal of this action, Pinnacle Foods Group, LLC was, and still is, a citizen of Delaware and New Jersey and no other state.

C. At the time this action was commenced, The Kroger Co. was an Ohio corporation with its principal place of business located in Ohio.  Therefore, for purposes of removal of this action, The Kroger Co. was, and still is, a citizen of Ohio and no other state.

10. Removal to this District Court and division is proper under 28 U.S.C. § 1441(a) because this is the district and division embracing the place where the action is pending.

11. Written notice of the filing of this Notice of Removal is being promptly given to the Plaintiff's counsel and a copy of this Notice of Removal is being promptly filed with the Clerk of the Jefferson Circuit Court as required by 28 U.S.C. § 1446(d), which provides that the state court shall proceed no further and that this Notice of Removal effects the removal.

12. Pursuant to 28 U.S.C. §1446(b)(2), all defendants join and consent to this Notice of Removal.

Respectfully submitted,

*/s/ Logan J. Mayfield*
Brian M. Johnson
Logan J. Mayfield
DICKINSON WRIGHT PLLC
300 West Vine Street, Suite 1700
Lexington, Kentucky  40507
Phone:  (859) 899-8730
Fax:  (844) 670-6009
bjohnson@dickinsonwright.com
lmayfield@dickinsonwright.com
COUNSEL FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing was served by U.S. mail, postage prepaid, this 27th day of March, 2019, to the following:

Jeffrey Sexton
325 West Main Street, #150
Louisville, KY 40202

*/s/ Logan J. Mayfield*
COUNSEL FOR DEFENDANTS

LEXINGTON 63445-2 76605v1